FILED

AUG 2 6 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,

v.

CARLOS ABARCA-ALVAREZ,
Defendant.

Case No.: 26CR2876-TWR

**ORDER AND JUDGMENT OF DISMISSAL OF INFORMATION**

Upon motion of the United States of America, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Motion to Dismiss the Information Without Prejudice is GRANTED.

The Court HEREBY ORDERS that the Information in the above-entitled case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 8/26/26

Todd Robinson

HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE